IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Young, Timothy J

Printed: 03/10/09

Case Number:  08 B 28281
Judge:  Goldgar, A. Benjamin
Filed:  10/21/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  January 27, 2009
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 865.00 |  |
| Secured: |  | 807.91 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 57.09 |
| Other Funds: |  | 0.00 |
| Totals: | 865.00 | 865.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Feld & Korrub LLC | Administrative | 3,100.00 | 0.00 |
| 2. | Velocity Investment LLC | Secured | 5,000.00 | 165.93 |
| 3. | HSBC Auto Finance | Secured | 15,600.00 | 641.98 |
| 4. | Hammond Radiologist | Unsecured | 450.00 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 2,391.54 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 495.00 | 0.00 |
| 7. | Velocity Investment LLC | Unsecured | 5,796.44 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 860.87 | 0.00 |
| 9. | HSBC Auto Finance | Unsecured | 1,996.31 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 1,567.87 | 0.00 |
| 11. | Transsouth | Secured |  | No Claim Filed |
| 12. | Internal Revenue Service | Priority |  | No Claim Filed |
| 13. | Advocate Home Care Products | Unsecured |  | No Claim Filed |
| 14. | Advocate Home Care Products | Unsecured |  | No Claim Filed |
| 15. | AMB Anesthesiologist Of Chicago | Unsecured |  | No Claim Filed |
| 16. | K Birhanu | Unsecured |  | No Claim Filed |
| 17. | Emergency Room Physician | Unsecured |  | No Claim Filed |
| 18. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 19. | Evergreen Anesthesia | Unsecured |  | No Claim Filed |
| 20. | Got Cash | Unsecured |  | No Claim Filed |
| 21. | R Gupta MDSC | Unsecured |  | No Claim Filed |
| 22. | Home Depot | Unsecured |  | No Claim Filed |
| 23. | Heather Medical Associates | Unsecured |  | No Claim Filed |
| 24. | Illinois Dept of Revenue | Unsecured |  | No Claim Filed |
| 25. | Little Company Of Mary Hospital | Unsecured |  | No Claim Filed |
| 26. | Hammond Fire Dept | Unsecured |  | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Young, Timothy J

Printed: 03/10/09

Case Number:  08 B 28281

Judge:  Goldgar, A. Benjamin

Filed:  10/21/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Midamerica Cardiovascular Consultants | Unsecured | | No Claim Filed |
| 28. | Radiology Imaging Specialists | Unsecured | | No Claim Filed |
| 29. | South Suburban Hospital | Unsecured | | No Claim Filed |
| 30. | Saint Margaret Mercy Healthcare Centers | Unsecured | | No Claim Filed |
| 31. | SW Med DBA A Magna Surgical | Unsecured | | No Claim Filed |
| | | | $ 37,258.03 | $ 807.91 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 57.09 |
| | $ 57.09 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: